472 A.2d 260

Commonwealth v. Tucker, Appellant.
Petition for Allowance of Appeal
Denied May 31, 1984.

Submitted October 7, 1983. Allan M. Tabas, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.